UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AURA T. MEDINA,

    Plaintiff,

v.                                                                           Case No.: 17-cv-01343-LA

ANDREW M. SAUL,
Commissioner, Social Security Administration,

    Defendant.

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO 42 U.S.C. §406(b)

---

Plaintiff's motion for approval of attorneys fees pursuant to 42 U.S.C. § 406(b) is **GRANTED**.

The Court approves an award of attorney's fees in the amount of **$5,417.25** to be paid to Attorney David F. Traver from the funds withheld from Plaintiff's past-due benefits by the Social Security Administration for this purpose. Attorney Traver reduced the §406(b) award requested by the amount of EAJA fees previously paid to him in this action. Accordingly, no additional refund of EAJA fees to Plaintiff by Mr. Traver is required.

Dated at Milwaukee, Wisconsin, this 28th of August, 2020.

                                      BY THE COURT:

                                      _s/Lynn Adelman_____
                                      Hon. Lynn Adelman
                                      U.S. District Judge